MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, California 94043
Tel.: (650) 694-4700
Fax: (650) 694-4818

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                   Chapter 13

      PATRICK D. BALL                              Case No.

                                                              APPLICATION FOR COMPENSATION;
                                                              DECLARATION

Debtor.
_____)

1. Debtors' attorney, ___MORAN LAW GROUP___, requests that approval of attorneys fees in the sum of $ 4,150.00 pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $1,075.00 has been previously paid to debtors' attorney.

2. In addition to the basic case, the debtors' case involves:

    ___ Real property claims
    ___ Compromise plan use
    ___ Certain additional real property: ___ piece(s)
    _X_ State or federal tax claims
    ___ Vehicle loans or leases
    ___ An operating business
    ___ Support arrears
    ___ Student loans
    ___ 25 or more creditors
    ___ Motion to commence the automatic stay.

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor and Debtors' attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

   I, the undersigned, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                                         MORAN LAW GROUP

Dated: _____          _____
                                                         RENEE C. MENDOZA
                                                         Attorney for Debtor